UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-22572-CIV-KING/O'SULLIVAN

EMMA YAIZA DIAZ et al.,

    Plaintiffs,

v.

KURT BROWNING, Secretary of State
of Florida, et al.,

    Defendants.
_____/

**DEFENDANT LESTER SOLA'S MOTION FOR
STAY AND PROTECTIVE ORDER AND SUPPORTING MEMORANDUM OF LAW**

All that remains pending against Supervisor Sola is Plaintiff's claim that, notwithstanding Florida law to the contrary, Supervisor Sola must allow a "grace period" for persons to complete their incomplete voter registration applications after the deadline for doing so has passed. See D.E. 201 at 21. Yesterday, Supervisor Sola filed a motion for judgment on the pleadings on this claim. See D.E. 213. As this dispositive motion could end Supervisor Sola's involvement in this case, he respectfully requests that, until the Court resolves that motion, it postpone Supervisor Sola's obligations to comply with Local Rule 16, and stay all discovery in this matter as it may pertain to Supervisor Sola.

The Eleventh Circuit has generally recognized that dispositive motions should be resolved before allowing a case to proceed. See Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1367 (11th Cir. 1997) ("Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should . . . be resolved before discovery begins.") (footnote omitted); see also Horsley v. Feldt, 304 F.3d 1125, 1131 n.2 (11th Cir. 2002) (affirming district court's suspension of discovery pending resolution of motion for judgment on the pleadings); McCabe v. Foley, 233 F.R.D. 683, 687 (M.D. Fla. 2006) (relying on Chudasama to hold that discovery should be stayed while the court resolved dispositive motion raising purely legal issues); Carcamo v. Miami-Dade County, Case No. 03-20870-CIV, 2003 WL 24336368, at *1 (S.D. Fla. Aug. 1, 2003) (Ungaro-Benages, J.) (staying discovery); In re Managed Care Litig., Case No. 00-1334-MD, 2001 WL 664391, at *2 (S.D. Fla. June 12, 2001) (Moreno, J.) (staying discovery pending resolution of motion to dismiss).

Accordingly, Supervisor Sola requests that the Court postpone his obligation to comply with Local Rule 16, and stay all discovery that may be directed at him until the Court resolves his pending motion for judgment on the pleadings.

    Respectfully submitted,

    MURRAY A. GREENBERG
    MIAMI-DADE COUNTY ATTORNEY

By: **s/ Jeffrey P. Ehrlich**
    Jeffrey P. Ehrlich
    Oren Rosenthal
    Assistant County Attorneys
    Florida Bar No. 51561 & 86320
    Miami-Dade County Attorney's Office
    111 N.W. 1st Street, Suite 2810
    Miami, Florida  33128
    Telephone: (305) 375-5744
    Facsimile: (305) 375-5611
    Email: ehrlich@miamidade.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1.A(3), I certify that undersigned counsel conferred with counsel for Plaintiffs, who indicated that Plaintiffs will oppose the relief sought through this motion.

    **s/ Jeffrey P. Ehrlich**
    Assistant County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2007 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    **s/ Jeffrey P. Ehrlich**
    Assistant County Attorney

**SERVICE LIST**

Mary Jill Hanson
Hanson, Perry & Jensen, P.A.
400 Executive Center Drive, Suite 207
West Palm Beach, Florida  33401
   Phone:  561-686-6550
   Fax:  561-686-2802
email:  mjhanson@hpjlaw.com
*Via ECF*

Judith A. Browne
Sheila Y. Thomas & Elizabeth Westfall
Advancement Project
1730 M. Street, NW, Suite 910
Washington, DC  20036
   Phone:  202-728-9557
   Fax:  202-728-9558
email:  ewestfall@advancementproject.org
*Via U.S. Mail*

Judith A. Scott
John J. Sullivan
SEIU, 1313 L. Street, NW
Washington, DC  20005
   Phone:  202-898-3453
   Fax:  202-898-3323
email:  sullivaj@seiu.org
*Via U.S. Mail*

Michael Halberstam, Esq.
Brian L. Urbano
Adam Skaggs
Paul, Weiss, Rifkind, Wharton, Garrison, LLP
1255 Avenue of the Americas
New York, NY  10019-6064
   Phone:  212-373-3000
   Fax:  202-492-0111
e-mail:  mhalberstam@paulweiss.com
*Via U.S. Mail*

Elliot Mincberg
People for the American Way Foundation
2000 M. Street, Suite 400
Washington, FC  20036
   Phone:  202-467-2392
   Fax:  202-293-2672
email:  emincberg@pfaw.org
*Via U.S. Mail*

Jonathan P. Hiatt
AFL-CIO
815 Sixteenth Street, NW
Washington, DC  20006
   Phone:  202-637-5053
   Fax:  202-637-5323
email:  jhiatt@aflcio.org
*Via U.S. Mail*

Manny Anon, Jr.
Florida Public Employees Council 79
3064 Highland Oaks Terrance
Tallahassee, Florida  32301
   Phone:  222-0842
   Fax:  224-6926
email:  m_anon@afscmefl.org
*Via U.S. Mail*

Tracey I. Arpen, Jr.
Deputy General Counsel
Duval County
City Hall, St. James Building
117 West Duval Street, Suite 480
Jacksonville, Florida  32202
   Phone:  904-630-1700
   Fax:  904-630-2388
email:  tarpen@coj.net
*Via ECF*

Mike Cirullo
Orange County Attorney's Office
3099 East Commercial Boulevard, Suite 200
Fort Lauderdale, Florida  33308
  Phone:  954-771-4500
  Fax:  954-771-4923
email:  mcirullo@cityatty.com
*Via ECF*

Burnadette Norris-Weeks
100 S.E. 6th Street
Ft. Lauderdale, Florida  33301-3422
  Phone:  954-768-9770
  Fax:  954-768-9790
e-mail:  bnorris199@aol.com
*Via ECF*

Ernst Mueller
Office of City Attorney
117 W. Duval Street, Ste. 480
Jacksonville, FL  32202-3700
  Phone:  904-630-1700
  Fax:  904-630-1731
email:  emueller@coj.net
*Via U.S. Mail*

Stephanie Alexander
Alexis Marie Yarbrough
Edward Joseph Pozzuoli, III
Tripp Scott
110 Se 6th Street
15th Floor P.O. Box 14245
Ft. Lauderdale, Florida 33302
*Via ECF*

Richard Perez
Department of State
R.A. Gray Building
The Capitol
PL-01
Tallahassee, FL 32301
*Via U.S. Mail*

Jeffrey P. Ehrlich
Oren Rosenthal
Miami-Dade County Attorney's Office
111 N.W. First Street, Suite 2810
Miami, Florida  33128
  Phone:  305-375-5151
  Fax:  305-375-5634
email:  ehrlich@miamidade.gov
*Via ECF*

Ronald A. Labasky
Young Van Assenderp, P.A.
225 S. Adams Street, Suite 200
P.O. Box 1833
Tallahassee, FL  32302
  Phone: 850-222-7206
  Fax:  850-561-6834
email:  rlabasky@yvlaw.net
*Via ECF*

Peter V. Antonacci
George N. Meros
GRAY ROBINSON P.A.
301 South Bronough Street
Suite 600 P.O. Box 11189 (32302-3189)
Tallahassee, Florida, 32301
Phone 850-577-9090
Fax 850-577-3311
*Via ECF*

S. Gale Dick
Steven S. Michaels
Eliza Sporn
Debevoise & Plimpton
919 3rd Avenue
New York, NY 10022
*Via U.S. Mail*

4