UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-22572-CIV-KING/O'SULLIVAN

EMMA YAIZA DIAZ; AMERICAN FEDERATION OF
LABOR AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS; AMERICAN FEDERATION OF
STATE, COUNTY AND LOCAL EMPLOYEES,
AFL-CIO; FLORIDA PUBLIC EMPLOYEES COUNCIL
79, AFSCME, AFL-CIO; AND SERVICE EMPLOYEES
INTERNATIONAL UNION, AFL-CIO,

                   Plaintiffs,

vs.

SUE M. COBB, Secretary of State of Florida; BRENDA
SNIPES, Broward County Supervisor of Elections; JERRY
HOLLAND, Duval County Supervisor of Elections;
LESTER SOLA, Miami-Dade County Supervisor of
Elections; BILL COWLES, Orange County Supervisor of
Elections; and ARTHUR ANDERSON, Palm Beach County
Supervisor of Elections,

                   Defendants.

_____

## DEFENDANT JERRY HOLLAND'S JOINDER IN MOTION FOR STAY AND PROTECTIVE ORDER AND SUPPORTING MEMORANDUM OF LAW

Defendant, Jerry Holland, Duval County Supervisor of Elections, joins in Defendant Lester

Sola's Motion for Stay and Protective Order and Supporting Memorandum of Law and adopts the

same as his own by reference.

Dated this 6th day of April, 2007.

Respectfully submitted,

**RICHARD A. MULLANEY**
**GENERAL COUNSEL**

 s/ Tracey I. Arpen, Jr.                              s/ Ernst D. Mueller
**TRACEY I. ARPEN, JR.**                        **ERNST D. MUELLER**
Deputy General Counsel                          Deputy General Counsel
Florida Bar No. 0154493                          Florida Bar No. 394246
Office of General Counsel                         Office of General Counsel
117 West Duval Street, Suite 480             117 West Duval Street, Suite 480
Jacksonville, FL 32202                            Jacksonville, Florida 32202
(904) 630-1835                                      (904) 630-1871
(904) 630-2388                                      (904) 630-1316 (Fax)
Attorney for Defendant Supervisor          Attorney for Defendant Supervisor
of Elections, Duval County                       of Elections, Duval County

Attorneys for Defendant Supervisor of Elections, Duval County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served by mail this 6th day of April, 2007

to the persons on the attached service list.

## Service List

*Diaz, et al. v. Hood, et al., Case Number 04-22572-CIV-King/O'Sullivan*

Mary Jill Hanson, Esq.
Hanson, Perry & Jensen, P.A.
400 Executive Center Drive, Suite 207
West Palm Beach, FL 33401
Phone: 561-686-6550
Fax: 561-686-2802
mjhanson@hpjlaw.com

Steven S. Michaels, Esq.
S. Gale Dick, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, New York 10022
Phone: 212-909-6000
Fax: 212-909-6836
sgdick@debevoise.com

Elliot Mineberg
People for the America Way Foundation
2000 M Street, Suite 400
Washington, D.C.  20036
emincberg@pfaw.org

Jonathan P. Hiatt
AFL-CIO
815 Sixteenth Street, NW
Washington, D.C. 20006
jhiatt@aflcio.org

Manny Anon, Jr.
Florida Public Employees Council 79
3064 Highland Oaks Terrace
Tallahassee, FL 32301
Phone: 850-222-0842 or 305-651-6617
Fax: 850-224-6926 or 305-651-1740
M_Anon@Afscmefl.org

Judith A. Browne, Esq.
Sheila Y. Thomas, Esq.
Elizabeth Westfall, Esq.
ADVANCEMENT PROJECT
1730 M Street, NW, Suite 910
Washington, D.C. 20036
Phone: 202-728-9557
Fax: 202-728-9558
ewestfall@advancementproject.org

Judith A. Scott, Esq.
John J. Sullivan, Esq.
SEIU
1313 L Street, NW
Washington, D.C.  20005
Phone: 202-898-3453
Fax: 202-898-3323
sullivaj@seiu.org

Pete Antonacci, Esq.
George N. Meros, Jr.
Gray, Robinson, P.A.
301 South Bronough, Suite 600
Tallahassee, FL 32301
Phone: 850-577-9090
Fax: 850-577-3311
pva@gray-robinson.com

Mike Cirullo
Orange County Attorney's Office
3099 East Commercial Blvd., Suite 200
Fort Lauderdale, FL 33308
Phone: 954-771-4500
Fax: 954-771-4923
mcirullo@cityatty.com

Daniel S. Fridman, Esq.
Juan Enjamio, Esq.
Hunton & Williams, LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Phone: 305-810-2500
Fax: 305-810-2460
dfridman@hunton.com

Richard Perez, General Counsel
Department of State
The Capitol, PL-01
R.A. Gray Building
Tallahassee, FL 32301
Phone: 850-245-6523
Fax: 850-245-6125

Matthew Cohen, Esq.
Eddie G. Labrador, Esq.
Broward County Assistant Attorney
Governmental Center
115 South Andrews Avenue, Room 423
Fort Lauderdale, FL 33301
Phone: 954-357-7600
Fax: 954-357-7641
elabrador@broward.org

Jeffrey P. Ehrlich, Esq.
Miami-Dade County Attorney's Office
111 N.W. First Street, Suite 2810
Miami, FL 33128
Phone: 305-375-5151
Fax: 305-375-5634
ehrlich@miamidade.gov

Ronald A. Labasky, Esq.
Fred McCormack, Esq.
Landers & Parsons, P.A.
310 West College Avenue
Tallahassee, FL 32301
Phone: 850-681-0311
Fax: 850-224-5595
fmccormack@landersandparsons.com

Leon St. John, Esq.
Palm Beach County Attorney's Office
301 N. Olive Avenue
West Palm Beach, FL 33401
Phone: 561-355-2520
Fax: 561-355-4398
lstjohn@pbcgov.com

Brian L. Urbano, Esquire
Adam Skaggs, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212- 373-3129
Fax: 212-492-0129

Burnadette Norris-Weeks, Esquire
Burnadette Norris-Weeks, P.A.
100 S.E. Sixth Street, Suite 6
Ft. Lauderdale, Florida  333301-3422
Phone: 954-768-9770
Fax: 954-768-9790

Michael Halberstam, Esquire
Paul, Weiss, Rifkind, Wharton, Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Phone: 212-373-3000
Fax: 212-492-0111