# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 04-22572-CIV-KING

EMMA YAIZA DIAZ; JOHN A. LANMAN;
AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS; AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO; FLORIDA
PUBLIC EMPLOYEES COUNCIL 79,
AFSCME, AFL-CIO; and SERVICE
EMPLOYEES INTERNATIONAL
UNION,

       Plaintiffs,

v.

SUE M. COBB, Secretary of State of Florida;
BRENDA SNIPES, Broward County Supervisor of
Elections; JERRY HOLLAND, Duval County Supervisor
of Elections; LESTER SOLA, Miami-Dade
Supervisor of Elections; BILL COWLES, Orange County
Supervisor of Elections; and ARTHUR ANDERSON, Palm
Beach County Supervisor of Elections,

       Defendants.
_____/

## ORDER DENYING MOTION FOR STAY AND PROTECTIVE ORDER

       THIS CAUSE is before the Court upon Defendant Sola's Motion for Stay and

-1-

Protective Order (DE # 215), filed April 5, 2007.[1]

In the instant Motion, Defendant Sola moves to stay discovery until the Court rules on Defendant Sola's pending Motion for Judgment on the Pleadings (DE # 213), filed April 4, 2007.[2]

Pursuant to this Court's March 6, 2007 Scheduling Order (DE # 202), the discovery deadline in this case is October 30, 2007.  This case has been pending before this Court since October 12, 2004, and Plaintiffs have only recently been able to proceed with discovery in anticipation of their long awaited day in court.  The Court sees no reason to further delay Plaintiffs' efforts.  This Court finds that Defendants have failed to demonstrate that "good cause" exists to warrant the entry of a protective order staying discovery pending the resolution of Defendants' Motion on the Pleadings.

Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is

---

[1] On April 6, 2007, Defendant Supervisor of Duval County filed a Motion for Joinder (DE # 216).  On April 10, 2007, Defendant Supervisor of Orange County and Defendant Supervisor of Palm Beach filed Motions for Joinder (DE # 219 and DE # 221).  On April 12, 2007, Defendant Supervisor of Broward County filed a Motion for Joinder (DE # 224).  On April 20, 2007 Plaintiffs filed a Response in Opposition to Defendants' Motion for a Stay and Protective Order.

[2] On April 9, 2007, Defendant Supervisor of Duval County filed a Motion for Joinder (DE # 217).  On April 10, 2007. Defendant Supervisor of Orange County and Defendant Supervisor of Palm Beach filed Motions for Joinder (DE # 218 and DE # 220).  On April 12, 2007, Defendant Supervisor of Broward County filed a Motion for Joinder (DE # 223).

ORDERED AND ADJUDGED that Defendants' Motion for Stay and

Protective Order (**DE # 215, 216, 219, 221,** and **224**) be, and the same is hereby,

DENIED.

DONE and ORDERED in chambers at the James Lawrence King Federal

Justice Building and United States Courthouse, Miami, Florida, this 25th day of

April, 2007.

_James Lawrence King_

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

***Counsel for Plaintiffs***:
Mary Jill Hanson, Esq.
HANSON, PERRY & JENSEN, P.A.
400 Executive Center Drive, Suite 207
West Palm Beach, Florida 33401
Phone:    (561) 686-6550
Facsimile: (561)686-2802

Judith A. Browne, Esq.
Sheila Y. Thomas, Esq.
Elizabeth Westfall, Esq.
ADVANCEMENT PROJECT
1730 M Street, NW - Suite 910
Washington, D.C. 20036
Phone:    (202) 728-9557
Facsimile: (202) 728-9558

Elliot Mineberg, Esq.
PEOPLE FOR THE AMERICAN
 WAY FOUNDATION
2000 M Street, Suite 400
Washington, D.C. 20036
Phone:    (202) 467-2392
Facsimile: (202) 293-2672

Michael Halberstam, Esq.
Facsimile:  (212) 492-0111
Adam Skaggs, Esq.
Facsimile: (212) 492-0298
PAUL WEISS
1285 Avenue of the Americas
New York, NY 10019
Phone:       (212) 373-3000

Judith A. Scott, Esq.
John J. Sullivan, Esq.
SEIU
1313 L Street, NW
Washington, D.C. 20005
Phone:     (202) 898-3453
Facsimile: (202) 898-3323

Jonathan P. Hiatt, Esq.
AFL-CIO
815 Sixteenth Street, NW
Washington, D.C. 20006
Phone:     (202) 637-5053
Facsimile: (202) 637-5323

Manny Anon, Jr., Esq.
FLORIDA PUBLIC EMPLOYEES
COUNCIL 79
3064 Highland Oaks Terrace
Tallahassee, Florida 32301
Phone:     (850) 222-0842
           or (305) 651-6617
Facsimile: (850) 224-6926
           or (305) 651-1740

Counsel for Defendants:
Jeffrey P. Ehrlich, Esq.
Susan Torres, Esq.
Miami-Dade County Attorney's Office
111 N.W. First Street, Suite 2810
Miami, Florida 33128
Phone:     (305) 375-5151
Facsimile: (305) 375-5634

Daniel S. Fridman, AUSA
99 N.E. 4th St.
Miami, Florida 33132
Phone: (305) 961-9083

Facsimile: (305) 530-7976

Juan C. Enjamio, Esq.
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Phone:     (305) 810-2500
Facsimile: (305) 810-2460

George N. Meros, Jr.
Peter Antonacci, Esq.
GRAY ROBINSON, P.A.
Post Office Box 11189
Tallahassee, Florida 32302-1189
Phone:     (850) 577-9090
Facsimile: (850) 577-3311

Richard Perez, General Counsel
Department of State
The Capitol, PL-01
Tallahassee, Florida 32301
Phone:     (850)
Facsimile: (850) 245-6125

Eddie G. Labrador, Esq.
Broward County Assistant Attorney
Governmental Center
115 South Andrews Avenue, Room
423
Fort Lauderdale, Florida 33301
Phone:     (954) 357-7600
Facsimile: (954) 357-7641

Burnadette Norris-Weeks, Esq.
BURNADETTE NORRIS-WEEKS,
P.A.
100 S.E. Sixth Street, Suite 6
Ft. Lauderdale, FL 33301-3422

-4-

Phone:       (954) 768-9770
Facsimile:  (954) 768-9790

Tracey I. Arpen, Jr., Esq.
Ernst D. Mueller, Esq.
Deputy General Counsel
Duval County
City Hall, St. James Building
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Phone:      (904) 630-1700
Facsimile: (904) 630-2388

Mike Cirullo, Esq.
Orange County Attorney's Office
3099 East Commercial Boulevard
Suite 200
Fort Lauderdale, Florida 33308
Phone:      (954) 771-4500
Facsimile: (954) 771-4923

Leon St. John, Esq.
Palm Beach County Attorney's
Office
301 N. Olive Avenue
West Palm Beach, Florida 33401
Phone:      (561) 355-2520
Facsimile: (561) 355-4398

Ronald A. Labasky, Esq.
LANDERS & PARSONS, P.A.
310 West College Avenue
Tallahassee, FL 32301
Phone:      (850) 681-0311
Facsimile: (850) 561-6834

Matthew Cohen, Esq.
Broward County Attorney's

Office
115 South Andrews Avenue,
Room 423
Ft. Lauderdale, FL 33301
Facsimile: (954) 357-7641

-5-